**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-7405**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

TONY BERNARD ALEXANDER,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:18-cr-00202-MOC-DSC-1)

---

Submitted:  April 20, 2023                               Decided:  April 25, 2023

---

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Tony B. Alexander, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Bernard Alexander appeals the district court's order denying his motion for early termination of his supervised release. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Alexander*, No. 3:18-cr-00202-MOC-DSC-1 (W.D.N.C. Nov. 21, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
